COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re D. Houston, Inc. D/B/A Treasures

Appellate case number:      01-18-00732-CV

Trial court case number:    2017-71771

Trial court:                133rd District Court of Harris County

On August 15, 2018, relator, D. Houston, Inc. D/B/A Treasures, filed a petition for writ of mandamus and an emergency motion to stay pending mandamus, requesting that we stay the trial court's "Order Denying Defendant's Motion To Quash and for Protective Order" entered July 3, 2018.  We grant relator's emergency motion to stay the trial court's July 3, 2018 order.  *See* TEX. R. APP. P. 52.10(b).  This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted.  Any party may file a motion for reconsideration of the stay.  *See id.* 52.10(c).

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus.  It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

It is so ORDERED.


Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒  Acting individually    ☐  Acting for the Court

Date: August 16, 2018